UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| MOLLY BROCKMAN HABLUTZEL | Civil Action No. |
| PLAINTIFF | |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY | |
| DEFENDANT | |

## DEFENDANT STATE FARM'S NOTICE OF REMOVAL

\*\*\*\*\*

Comes the defendant, State Farm Fire and Casualty Company ("State Farm"), by counsel, and pleads and states as follows:

**I.**

Plaintiff, Molly Brockman Hablutzel, filed a Complaint in Kenton Circuit Court, Kentucky, Civil Action No. 23-CI-00523, on March 22, 2023, naming State Farm as a defendant which issued a homeowners insurance policy to Plaintiff during the relevant times.

**II.**

Plaintiff claims that the roof and interior of her home sustained damage from a storm on or about March 30, 2022. Plaintiff alleges that State Farm breached its contract of insurance in failing to pay to repair and replace her clay tile roof and also claims that State Farm's refusal to pay her contract claim constituted common law bad faith and statutory bad faith in violation of the Unfair Claims Settlement Practices Act, KRS 304.12-230 ("UCSPA") and the Kentucky Consumer

Protection Act, KRS 367.170 ("KCPA") entitling her to compensatory damages, statutory damages, punitive damages, attorney fees and costs. State Farm denies all allegations.

**III.**

This is a civil action, and the amount in controversy at the time of filing, as claimed by Plaintiff, exceeds $75,000. Plaintiff submitted an estimate for the cost to repair and replace her clay tile roof for $123,950.00 which she claims is recoverable under her homeowners policy. Plaintiff also seeks additional extra-contractual damages for State Farm's alleged common law and statutory bad faith.

**IV.**

This action involves a controversy between citizens of different states, and there is complete diversity of citizenship between Plaintiff and Defendant:

(A) Plaintiff, Molly Brockman Hablutzel, at the time of the commencement of this action, was a resident of the Commonwealth of Kentucky.

(B) Defendant State Farm Fire and Casualty Company is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company incorporated and organized under the laws of the State of Illinois and maintains its principal place of business in the State of Illinois, and therefore is considered a citizen of the State of Illinois pursuant to 28 U.S.C. §1332(c).

**V.**

Based upon the above allegations, this action is one to which the United States District Court is given original jurisdiction under 28 U.S.C. §1332(a)(1).

**VI.**

Based on the above allegations, removal of this action to the United States District Court is proper under 28 U.S.C. §1441.

## VII.

This Notice of Removal is timely filed in this Court within thirty (30) days after proper service of the Summons and Complaint on State Farm pursuant to 28 U.S.C. §1446.

## VIII.

Written notice of the filing of this Notice of Removal will be given to all adverse parties, as required by law.

## IX.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Kenton Circuit Court, as required by law.

## X.

Filed herewith, and by reference made a part hereof, is a true and correct copy of all process, exhibits, pleadings and orders served upon Defendant and filed by Defendant in this action (attached as **Ex. A**).

**WHEREFORE**, this action is properly removed from the Circuit Court of Kenton County, Kentucky, to this Court for all further proceedings.

BOEHL STOPHER & GRAVES, LLP

*/s/ David T. Klapheke*
David T. Klapheke
KBA # 86153
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
dklapheke@bsg-law.com
COUNSEL FOR DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY

CERTIFICATE OF SERVICE

       I hereby certify that on May 4, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. It is further certified that a true copy hereof was emailed to the following:

Blake R. Maislin, Esq.
Stephanie L. Collins, Esq.
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
7315 Dixie Highway
Florence, Kentucky 41042
(859) 444-4444 Ext. 101, 117
blake@maislinlaw.com
scollins@maislinlaw.com
COUNSEL FOR PLAINTIFF

                                         */s/ David T. Klapheke*
                                         David T. Klapheke