UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| MOLLY BROCKMAN HABLUTZEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 23-060-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

The parties have tendered a proposed Agreed Order of Dismissal [Record No. 55], indicating that all issues raised in this proceeding have been finally resolved. Accordingly, it is hereby

**ORDERED** as follows:

1. The parties' proposed Agreed Order of Dismissal, docketed as a motion [Record No. 55], is **GRANTED**.

2. All claims asserted by Plaintiff Molly Brockman Hablutzel against the defendant are **DISMISSED**, with prejudice.

3. This action is **DISMISSED** and **STRICKEN** from the docket with the parties responsible for their respective costs, expenses and fees.

- 2 -

Dated: November 26, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky